Motions denied.

DOUGLAS, COOK and LUNDBERG STRATTON, JJ., dissent.

**99–1312. CASA 94, L.P. v. Franklin Cty. Bd. of Revision.**

Board of Tax Appeals, No. 97–S–632. Reported at 89 Ohio St.3d 622, 734 N.E.2d 369. On motion for reconsideration. Motion denied.

**99–1570. Simmerer v. Dabbas.**

Summit App. No. 18718. On motion to strike motion for reconsideration. Motion denied.

**99–1570. Simmerer v. Dabbas.**

Summit App. No. 18718. Reported at 89 Ohio St.3d 586, 733 N.E.2d 1169. On motion for reconsideration. Motion denied.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

## MISCELLANEOUS DISMISSALS

**00–1454. Vance v. Vance.**

Montgomery App. No. 18437. This cause is pending before the court as a discretionary appeal. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction, due September 18, 2000, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this case with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is dismissed, *sua sponte.*

**00–1500. Gammarino v. Hamilton Cty. Bd. of Revision.**

Board of Tax Appeals, No. 98–M–779. This cause, here on appeal and cross-appeal from the Board of Tax Appeals, was considered in the manner prescribed by law. Upon consideration of the joint motion to remand case to Board of Tax Appeals upon settlement,

IT IS ORDERED by the court that the motion to remand case be, and hereby is, granted, and this cause is remanded to the Board of Tax Appeals for entry of an order.

IT IS FURTHER ORDERED that the parties are to bear their respective costs herein expended; and that a mandate be sent to the Board of Tax Appeals to carry this judgment into execution; and that a copy of this entry be certified to the Board of Tax Appeals for entry.

**00–1568. Holsinger v. McAuliffe.**

Fairfield App. No. 00CA44. This cause is pending before the court as an appeal from the Court of Appeals for Fairfield County. It appears from the records of this court that appellant has not filed a merit brief, due October 23, 2000, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this case with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is dismissed, *sua sponte.*